PHILIP NAPPI, Appellant, *v.* FALCON TRUCK RENTING CORP., Respondent.

Submitted October 3, 1955; decided October 13, 1955.

Motion for leave to prosecute appeal as poor person granted.